**SO ORDERED.**

**SIGNED this 08 day of January, 2007.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
    DAVID WINSTON BYRD, JR.    CASE NO.: 04-09427-8-JRL
                                                        CHAPTER 11

### ORDER

    The Debtor's attorney, Dean R. Davis, has filed a motion requesting the Court to allow him to withdraw as Debtor's counsel and it appears that there is good cause for that request.

    It is therefore ordered that the Dean R. Davis, be, and he is hereby, allowed to withdraw as Debtor's counsel.

**END OF DOCUMENT**