**SO ORDERED.**

**SIGNED this 08 day of January, 2007.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
  DAVID WINSTON BYRD, JR.          CASE NO.: 04-09427-8-JRL
                                   CHAPTER 11

## ORDER

The Debtor's attorney, Dean R. Davis, has filed a motion requesting the Court to allow him to withdraw as Debtor's counsel and it appears that there is good cause for that request.

It is therefore ordered that the Dean R. Davis, be, and he is hereby, allowed to withdraw as Debtor's counsel.

END OF DOCUMENT

**BAL SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-8          User: witcher_b          Page 1 of 1              Date Rcvd: Jan 08, 2007
Case: 04-09427                Form ID: pdf022          Total Served: 1
```

The following entities were served by first class mail on Jan 10, 2007.
db          David Winston Byrd, Jr.,    5241 U.S. Hwy 17 South,    Burgaw, NC  28425

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 10, 2007**                         Signature:   _Joseph Speetjens_